# ELECTRONIC RECORD

COA #    02-13-00423-CR                    OFFENSE:    29.03

STYLE:   Keshief Boonemoland v. The State
         of Texas                          COUNTY:     Tarrant

COA DISPOSITION:      AFFIRMED             TRIAL COURT:  297th District Court

DATE: 11/26/14                Publish: NO  TC CASE #:    1173042D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Keshief Boonemoland v. The State
         of Texas                          CCA #:    1610-14

_____APPELLANT'S_____ Petition             CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:    _____

_____REFUSED_____                          JUDGE:   _____

DATE: ___02/25/2015___                     SIGNED: _____    PC: _____

JUDGE: _____                     PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD